IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CORTLANDT DEPISTERFIELD CARTER III ) | Case No. 16−32955−KRH |
| PAULINA YVETTE CARTER ) | Chapter 13 |
| ) | |
| Debtors ) | |

## MOTION TO INCUR DEBT

COME NOW, the Debtors, by counsel, and as and for their Motion to Incur Debt, state as follows:

1. The Debtors filed this case under Chapter 13 of the U.S. Bankruptcy Code on June 13, 2016.

2. The Debtors have applied for and Hart Nissan has approved a loan to the Debtors in the amount of $28,698.82 plus interest at 17.99% per annum to be repaid with 72 equal monthly payments of $660.00 for the purchase of a 2021 Nissan Altima or similar vehicle.

3. The Debtors need to purchase the referenced vehicle because one of their vehicles is having mechanical issues, and they need the vehicle to travel to and from work and for personal travel.

4. Upon approval of this Motion, the Debtors will be surrendering the current vehicle back to the lender.

5. The purchase of the vehicle is in the best interest of the Debtors and will facilitate their ability to perform under their Chapter 13 Plan filed herein.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA 23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

6. The Debtors' Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtors request that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

          CORTLANDT DEPISTERFIELD CARTER III
          PAULINA YVETTE CARTER

          By: /s/ James E. Kane
               Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA 23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

          /s/ James E. Kane
             James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CORTLANDT DEPISTERFIELD CARTER III | ) | Case No. 16−32955−KRH |
| PAULINA YVETTE CARTER | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

## NOTICE OF MOTION

The above Debtors have filed Motion to Incur Debt in the above matter.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within twenty-one (21) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing to be scheduled at a later date. You will receive a separate notice of hearing. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  February 5, 2021

                                            CORTLANDT DEPISTERFIELD CARTER III
                                            PAULINA YVETTE CARTER

                                            By: /s/ James E. Kane
                                                            Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 5, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                                      /s/ James E. Kane
                                                          James E. Kane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 16-32955-KRH<br>Eastern District of Virginia<br>Richmond<br>Fri Feb  5 11:51:38 EST 2021 | AmeriCredit Financial Services, Inc dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| Amca<br>2269 S Saw Mill<br>Elmsford, NY 10523-3832 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Central Virginia Health Serv.<br>P.O. Box 220<br>New Canton, VA 23123-0220 | City of Petersburg<br>City Treasurer<br>P.O. Box 1271<br>Petersburg, VA 23804-1271 | City of Petersburg<br>Treasurer's Office<br>P.O. Box 1271<br>Petersburg, VA 23804-1271 |
| Commonwealth of Virginia<br>Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218-2156 | Convergent Outsourcing<br>800 Sw 39th St<br>Renton, WA 98057-4927 | Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |
| Cynthia B Agone<br>1717 Walthall Creek Dr.<br>Colonial Heights, VA 23834-5869 | Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Dr Luiza Kreuzer<br>456 Charles H Dimmock Pkwy # 5<br>Colonial Heights, VA 23834-2936 |
| Dr. Audie C Florida<br>321 Poplar Dr.<br>Petersburg, VA 23805-9391 | Dr. Joel Haling<br>200 Medical Park Blvd<br>Petersburg, VA 23805-9274 | Dr. Marco Beltrami<br>456 Charles H. Dimmock Pkwy<br>Suite 5<br>Colonial Heights, VA 23834-2936 |
| Dr. Neema Amin<br>131 Jennick Dr, Colonial Heig<br>Colonial Heights, VA 23834-4905 | First National Collection Bure<br>610 Waltham Way<br>Sparks, NV 89437-6695 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Fort Lee Federal Credi<br>4495 Crossings Blv<br>Prince George, VA 23875-1455 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Hunter Warfield<br>4620 Woodland Corp<br>Tampa, FL 33614-2415 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jeffrey K Thompson<br>2602 Buford Rd.<br>Richmond, VA 23235-3422 |
| John W. Summerville<br>1401 Johnston Willis Dr<br>Richmond, VA 23235-4730 | LCA Collections<br>P.O. 2240<br>Burlington, NC 27216-2240 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

```
Lab Corp.                          Mabt/contfin                         Med Data Sys
PO Box 2240                        121 Continental Dr Ste 1             645 Walnut St Ste 5
Burlington, NC 27216-2240          Newark, DE 19713-4326                Gadsden, AL 35901-4173


Medical Data Systems I             Michele Brenner- Vincent             Midland Funding
645 Walnut St Ste 5                2602 Buford Rd                       2365 Northside Dr Ste 30
Gadsden, AL 35901-4173             Richmond, VA 23235-3422              San Diego, CA 92108-2709


NPRTO South-East, LLc              Navient Solutions, Inc. on behalf of Navy Federal Credit Union
256 Data Drive                     Department of Education Loan Services PO Box 3000
Draper, UT 84020-2315              P.O. Box 9635                        Merrifield, VA 22119-3000
                                   Wilkes-Barre, PA 18773-9635


Patrick A Oliver                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC Premier Bankcard, Llc
8260 Atlee Rd                      PO BOX 41067                         c o Jefferson Capital Systems LLC
Mechanicsville, VA 23116-1844      NORFOLK VA 23541-1067                Po Box 7999
                                                                        Saint Cloud Mn 56302-7999


Progressive Leasing                Receivable Management                Regional Acceptance Co
P O box 413110                     7206 Hull Street Rd Ste              1420 East Fire Tower Rd
Salt Lake City, UT 84141-3110      North Chesterfield, VA 23235-5826    Greenville, NC 27858-4139


Regional Acceptance Corporation    Rent A Center                        (p)WAKEFIELD & ASSOCIATES
PO Box 1847                        3330 S Crater Rd                     PO BOX 50250
Wilson, NC 27894-1847              Petersburg, VA 23805-9277            KNOXVILLE TN 37950-0250


Rotary Club                        Sam English II DDS                   Santander Consumer USA
217 East City Point Rd             798 South Park Blvd Suite 26         PO Box 961245
Hopewell, VA 23860-7804            Colonial Heights, VA 23834-3614      Fort Worth, TX 76161-0244


Southside Family Practice          Southside Regional Medical Center    Southwest Credit Systems
24 South Adams St.                 c/o PASI                             4120 International Parkway
Petersburg, VA 23803-4525          PO Box 188                           Suite 1100
                                   Brentwood, TN 37024-0188             Carrollton, TX 75007-1958


(p)SPRINT NEXTEL CORRESPONDENCE    Taxing Authority Consulting Sv       The Nguyen Law Firm
ATTN BANKRUPTCY DEPT               PO Box 31800                         100 Arbor Oak Dr, suite 206
PO BOX 7949                        Henrico, VA 23294-1800               Ashland, VA 23005-2261
OVERLAND PARK KS 66207-0949


US Attorney                        USA Discounters, Ltd.                USA Living
Suntrust Building                  PO Box 41007                         P O Box 41007
919 East Main Street, Suite 1900   Norfolk, VA 23541-1007               Norfolk, VA 23541-1007
Richmond, VA 23219-4622
```

```
Virginia Department of Taxatio        Virginia Eye Institute              Virginia Eye Institute
P O Box 2369                          400 Westhampton Station             c/o The Nguyen Law Firm, PLC
Richmond, VA 23218-2369               Richmond, VA 23226-3332             100 Arbor Oak Drive, Suite 206
                                                                          Ashland, VA 23005-2261


Vital Recovery Services LLC           Cortlandt Depisterfield Carter III  James E. Kane
P O Box 923748                        PO Box 3643                         Kane & Papa, PC
Norcross, GA 30010-3748               Petersburg, VA 23805-3643           1313 East Cary Street
                                                                          P.O. Box 508
                                                                          Richmond, VA 23218-0508


Paulina Yvette Carter                 Suzanne E. Wade
PO Box 3643                           341 Dial 877-996-8484 Code 2385911
Petersburg, VA 23805-3643             7202 Glen Forest Drive, Ste. 202
                                      Richmond, VA 23226-3770
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One Bank Usa N                Internal Revenue Service            Portfolio Recovery
Po Box 85015                          Kansas City, MO 64999-0002          PO Box 12914
Richmond, VA 23285-0000                                                   Norfolk, VA 23541-0000


Revenue Recovery Corporation          Sprint
P O Box 50250                         Attn Bankruptcy Dept
Knoxville, TN 37950-0000              PO Box 7949
                                      Overland Park KS 66207-0949
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Americredit Financial Services, Inc. dba G   (d)AmeriCredit Financial Services, Inc. dba G   (d)AmeriCredit Financial Services, Inc., dba
                                                P O Box 183853                                  P O Box 183853
                                                Arlington, TX 76096-3853                        Arlington, TX 76096-3853


(d)Santander Consumer USA, Inc.       End of Label Matrix
P.O. Box 961245                       Mailable recipients    67
Fort Worth, TX 76161-0244             Bypassed recipients     4
                                      Total                  71
```